UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCIO JUSTO RAMOS CARRILLO,

      Petitioner,

   v.

UNKNOWN,

      Respondent.

No.  2:25-cv-1995 AC P

ORDER AND FINDING AND
RECOMMENDATIONS

By an order filed December 30, 2025, petitioner was ordered to file a completed in forma pauperis application and a certified copy of his prison trust account statement and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 5. The thirty-day period has now expired, and petitioner has not filed an application, paid the fees, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice and the pending request to waive court fees (ECF No. 2) and Ex Parte Application to Dismiss (ECF No. 3) be terminated.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  March 2, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE