UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO JUSTO RAMOS CARRILLO, | No.  2:25-cv-01995-DC-AC (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| UNKNOWN, | (ECF Nos. 2, 3, 6) |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2026, the magistrate judge filed findings and recommendations herein which were served on petitioner and contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served.  It is the petitioner's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 3, 2026 (ECF No. 6) are ADOPTED;

2. This action is dismissed without prejudice due to Petitioner's failure to prosecute;

3. Petitioner's pending request to waive court fees (ECF No. 2) and Ex Parte Application to Dismiss (ECF No. 3) are denied as having been rendered moot;

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 2, 2026**

_____
Dena Coggins
United States District Judge

2